| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>12/19/2005 02:30 PM | To | HIDml_CR Notice Group |
| | cc | Toni Fujinaga/HID/09/USCOURTS@USCOURTS, info@kingandking.com |
| | bcc | |
| | Subject | CR04-181SOM, USA v. (02) Cynthia Agbayani |

# CR04-181SOM, USA v. (02) Cynthia Agbayani

By agreement of counsel, Final Pretrial Conference set 12/19/05 has been continued to 12/21/05 at 11:00am before Judge Chang.

AUSA: Leslie Osborne
Def Atty: Samuel King, Jr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK