| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>12/21/2005 10:16 AM | To | HIDml_CR Notice Group |
| | cc | Toni Fujinaga/HID/09/USCOURTS@USCOURTS, Kevin Chang/HID/09/USCOURTS@USCOURTS, Wilma Arakaki/HID/09/USCOURTS@USCOURTS, Laurie Martindale/HID/09/USCOURTS@USCOURTS, info@kingandking.com |
| | bcc | |
| | Subject | CR04-181SOM, USA v. (02) Cynthia Agbayani |

## CR04-181SOM, USA v. (02) Cynthia Agbayani

At defendant's request, Final Pretrial Conference set 12/21/05 before Judge Chang has been continued to 12/22/05 at 2:00pm before Judge Chang

AUSA: Leslie Osborne
Def Atty: Sam King, Jr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21, 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK