| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS | To | HIDml_CR Notice Group |
| 12/21/2005 12:45 PM | cc | Toni Fujinaga/HID/09/USCOURTS@USCOURTS, Wilma Arakaki/HID/09/USCOURTS@USCOURTS, info@kingandking.com |
| | bcc | |
| | Subject | CR04-181SOM, USA v. (02) Cynthia Agbayani |

CR04-181SOM, USA v. (02) Cynthia Agbayani

At defendant's request, the time for the Final Pretrial Conference set 12/22/05 at 2:00pm has been moved to 3:00pm on 12/22/05 before Judge Chang

AUSA: Leslie Osborne
Def Atty: Sam King, Jr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK