| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>12/22/2005 10:01 AM | To | HIDml_CR Notice Group |
| | cc | Toni Fujinaga/HID/09/USCOURTS@USCOURTS, Kevin Chang/HID/09/USCOURTS@USCOURTS, Wilma Arakaki/HID/09/USCOURTS@USCOURTS, info@kingandking.com, Laurie Martindale/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR04-181SOM, USA v. (02) Cynthia Agbayani |

## CR04-181SOM, USA v. (02) Cynthia Agbayani

Motion for Withdrawal of Not Guilty Plea and to Plead Anew as to Defendant (02) Cynthia Agbayani set 12/29/05 at 11:00am before Judge Chang

The following dates are hereby vacated as to defendant 02:
12/22/05, 3:00pm; Final Pretrial Conference, Judge Chang
1/10/06, 9:00am, Jury Trial, Judge Mollway

AUSA: Leslie Osborne
Def Atty: Sam King, Jr.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK