# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/29/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00181SOM |
| CASE NAME: | USA v. (02) Cynthia Agbayani |
| ATTYS FOR PLA: | Leslie Osborne |
| ATTYS FOR DEFT: | (02) Samuel King, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 12/29/2005 | TIME: | 11:08-11:14:33am |

COURT ACTION: EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody

Defendant sworn, questioned by the Court.

Defendant states that she is being given Prozac by the Federal Detention Center and states that Prozac prevents her to comprehend what is being done this morning.

In view of defendant's statement this morning and this being the first time the court is being made aware that defendant is being administered Prozac, the court requests additional information from the Federal Detention Center as to the purpose that Prozac is being prescribed to defendant.

Motion For Withdrawal of Not Guilty Plea and to Plead Anew continued to 1/5/06 at 2:30pm before Judge Kobayashi

Mr. Osborne to follow up with the Federal Detention Center, with consent of defendant, to obtain this medical information

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Cynthia Agbayani4,sa.wpd