

| | | |
|---|---|---|
| Toni Fujinaga/HID/09/USCOURTS<br>12/29/2005 11:56 AM | To | Susan Mollway/HID/09/USCOURTS, Joni Gross/HID/09/USCOURTS, HIDml_CR Notice Group |
| | cc | Shari Afuso/HID/09/USCOURTS@USCOURTS, Warren Nakamura/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR 04-00181SOM  USA vs. (02) Cynthia Agbayani |

Continued Motion to Withdraw Not Guilty Plea and to Plead Anew set for 1/5/06 @ 2:30 p.m. LEK is rescheduled to 2:15 p.m. the same day before Judge Mollway.

Notified:  Leslie Osborne AUSA and (02) Samuel King, Jr.

Submitted by:

Toni Fujinaga
Courtroom Manager to the
Honorable Susan Oki Mollway
Ph: 541-1297

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK