# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR04-00181SOM

CASE NAME:       USA v. (02) Cynthia Agbayani

ATTYS FOR PLA:   Leslie Osborne

ATTYS FOR DEFT:  (02) Samuel King, Jr.

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   ESR, LG
                                                Aha Kanawai, Tape #1

DATE:    1/5/2006                   TIME:       2:20-3:10pm

COURT ACTION:  EP: Continued Motion For Withdrawal of Not Guilty Plea and to Plead Anew as to defendant (02) Cynthia Agbayani.  Defendant present, in custody

Defendant sworn, questioned by the Court.  Memorandum of Plea Agreement signatures verified and filed.  Defendant advised of her rights, including her right to trial by jury, etc. Government stated the maximum penalties provided by law. Government stated the essential elements of the crime involved. Government summarized its evidence against the defendant. Guilty Plea to Counts 1, 4, 5, 6, and 13 of the Indictment.  Government agrees to dismiss the remaining counts of the Indictment as to defendant 02 after sentencing.  Court accepts the guilty plea and the defendant is adjudged guilty.  Referred for presentence investigation and report, and sentencing is set for 5/22/06 @ 2:15 p.m. SOM.  Government informed the Court that it intends to move for a one level decrease for acceptance of responsibility at sentencing.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager