EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00181SOM-02 |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
|  | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
|  | ) |  |
| CYNTHIA AGBAYANI, | ) | Date:  May 22, 2006 |
|  | ) | Time:  2:15 p.m. |
| Defendant. | ) | Judge: Susan Oki Mollway |
| _____ | ) |  |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated April 7, 2006.

DATED:  Honolulu, Hawaii, April 21, 2006.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                  By /s/ Leslie E. Osborne, Jr.
                                      LESLIE E. OSBORNE, JR.
                                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail:**

    Samuel P. King, Jr., Esq.          April 21, 2006
    735 Bishop Street, Suite 304
    Honolulu, HI 96813

    Attorney for Defendant
    CYNTHIA AGBAYANI

**Served by hand-delivery:**

    Ellie Asasaki                       April 21, 2006
    Senior U.S. Probation Officer
    300 Ala Moana Blvd., Rm. C-110
    Honolulu, Hawaii 96850

    DATED: Honolulu, Hawaii, April 21, 2006.

                                          /s/ Gloria Parker