EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00181SOM-02 |
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | SENTENCING; ORDER |
| vs. | ) |  |
|  | ) |  |
| CYNTHIA AGBAYANI, | ) | Old Date: June 22, 2006 |
|  | ) | **New** Date: July 24, 2006 |
| Defendant. | ) | Time: 2:15 p.m. |
| _____ | ) | Judge: Susan Oki Mollway |

STIPULATION TO CONTINUE SENTENCING

IT IS STIPULATED by and between the United States of America, through its attorney of record, Leslie E. Osborne, Jr., Assistant U.S. Attorney, and the Defendant, Cynthia Agbayani, through her counsel, Samuel P. King, Jr., Esq., that the sentencing of the Defendant, Cynthia Agbayani, be continued from June 22, 2006, to July 24, 2006, at 2:15 p.m., in the courtroom of the Honorable Susan Oki Mollway, United States District Court Judge.

The basis for this continuance is to allow time for the Defendant to obtain information regarding forfeited funds.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, June 22, 2006.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>
>By /s/ Leslie E. Osborne, Jr.
>   LESLIE E. OSBORNE, JR.
>   Assistant U.S. Attorney
>
>
>/s/ Samuel P. King, Jr.
>SAMUEL P. KING, JR.
>Attorney for Defendant
>   CYNTHIA AGBAYANI

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, July 7, 2006.

_____
Susan Oki Mollway
United States District Judge


United States v. Cynthia Agbayani
Cr. No. 04-00181SOM-02
"Stipulation to Continue Sentencing; Order"