ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

CR 04-181

IN THE MATTER OF
CR. NO. 04-00181 SOM
UNITED STATES OF AMERICA v. REMY
AGBAYANI (01) and CYNTHIA AGBAYANI
(02), Defendants

) AFFIDAVIT OF PUBLICATION

STATE OF HAWAII      )
                     ) SS.
City and County of Honolulu )

Carrie Asuncion _____ being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin ___3___ times on _____
07/14/2006, 07/21/2006, 07/28/2006

And that affiant is not a party to or in any way interested in the above entitled matter.

C. Asuncion

Subscribed to and sworn before me this __28th__ day of __July__ A.D. 20_06_

Patricia K. Reese
Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2006

Ad# 05523676



EXHIBIT "A"