AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment - Page 3 of 10

CASE NUMBER: 1:04CR00181-002 SOM
DEFENDANT: CYNTHIA AGBAYANI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of THIRTY THREE (33) MONTHS.

This term consists of THIRTY THREE (33) MONTHS as to each of Counts 1, 4, 5, and 6, such terms to run concurrently.

[✓]  The court makes the following recommendations to the Bureau of Prisons:
1) FDC Honolulu; 2) Mental Health Treatment; 3) Medical Treatment.

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2007

at 9 o'clock and 30 min. AM
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 12-01-06 to FDC Honolulu
at Honolulu, HI, with a certified copy of this judgment.

John T. Rothman
WARDEN ~~UNITED STATES MARSHAL~~

By W. Tsa
LIE ~~Deputy U.S. Marshal~~